358 A.2d 65
Robinson, Appellant, v. Rumbaugh.

Argued April 16, 1976.
James E. Mahood, for appellant; Herbert Bennett Conner, with him Dickie, McCamey & Chilcote, for appellee.

Judgment affirmed.

358 A.2d 74
Royal Oil & Gas Corp., Appellant, v. Tunnelton
Mining Company.

Argued April 12, 1976. Richard B. Tucker, Jr., with him John P. Papuga, for appellant; William H. Eckert, with him Willis A. Siegfried, Jr., for appellee.

Decree affirmed.